IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GREG L. TATE                                                                                              PLAINTIFF

V.                                        NO.  3:09cv00123 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                        DEFENDANT

## ORDER

Plaintiff has filed a motion for extension of time (doc. 10) in which to file his appeal brief, stating that Defendant does not object.  The motion is granted.  Plaintiff is granted to and including January 4, 2010, in which to file his brief.

IT IS SO ORDERED this 1st day of December, 2009.

_____
UNITED STATES MAGISTRATE JUDGE